Lothar Goernitz
P. O. Box 32961
Phoenix, AZ 85064
(602) 263-5413

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SILADJI, EDMOND | ) | Case No. 08-15243-PHX-RJH |
| SILADJI, ADRIENNE ELIZABETH | ) | |
| | ) | TRUSTEE'S WITHDRAWAL OF |
| | ) | REPORT OF NO DISTRIBUTION |
| | ) | AND MOTION TO REOPEN CASE |
| Debtor(s) | ) | |
| | ) | |

Lothar Goernitz, Trustee of the above-captioned estate, has previously filed a Report of No Distribution. The Trustee has learned that there are now assets to be administered. The Trustee hereby withdraws the Report of No Distribution, and moves to reopen this case so that the assets may be administered.

The reopening fee is remitted herewith.


Date: June 3, 2009            /s/ Lothar Goernitz
                              Lothar Goernitz, Trustee